# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WAYLON PACHECO,
        Petitioner,

v.                                                      No. 1:17-cv-749-WJ-KRS

TODD GEISEN Captain/Warden, Bureau
of Indian Affairs, Office of Justice Services,
Division of Corrections, DANIEL PENA,
Governor, Kewa Pueblo, KENNETH CRISPIN,
Lieutenant Governor, Kewa Pueblo, TIMOTHY
BAILON, Tribal Official, Kewa Pueblo, ROGER
CALABAZA, Tribal Official, Kewa Pueblo, in their
Individual and Official Capacities,
        Respondents.

## ORDER DIRECTING PETITIONER TO RESPOND

**THIS MATTER** comes before the Court sua sponte, following a review of Respondents Timothy Bailon's and Roger Calabaza's Answer to Petition for Writ of Habeas Corpus [Doc. No. 11], filed November 09, 2017. In their answer, Respondents Bailon and Calabaza state that, to the best of their knowledge, there neither is nor has there ever been a Governor or Lieutenant Governor of the Santo Domingo Tribe (Kewa Pueblo) named Daniel Pena or Kenneth Crispin. [Doc. No. 11, p. 2]. Based on this representation, it appears that Petitioner has not served the Governor or Lieutenant Governor of the Kewa Pueblo, and that Petitioner's Petition and the caption of this case include incorrect respondents.

**IT IS, THEREFORE, ORDERED** that within ten (10) days of the entry of this order, Petitioner shall provide the Court with an explanation for the above-detailed errors as well as submit any requests for amendments and/or corrections.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**