# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WAYLON PACHECO,

    Petitioner,

v.                                                                                                No. 1:17-cv-749-WJ-KRS

TODD GEISEN Captain/Warden, Bureau
of Indian Affairs, Office of Justice Services,
Division of Corrections, DANIEL CORIZ,
Governor, Kewa Pueblo, KENNETH AGUILAR,
Lieutenant Governor, Kewa Pueblo, TIMOTHY
BAILON, Tribal Official, Kewa Pueblo, ROGER
CALABAZA, Tribal Official, Kewa Pueblo, in their
Individual and Official Capacities,

    Respondents.

## ORDER GRANTING MOTION TO FILE SURREPLY

**THIS MATTER** comes before the Court upon Petitioner's Motion for Leave to File Surreply (Doc. 26), filed February 7, 2018. Having reviewed the request, the Court FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Leave to File Surreply is hereby GRANTED.

**IT IS FURTHER ORDERED** that Petitioner shall file his surreply no later than February 14, 2018.

                                                                                   **KEVIN R. SWEAZEA**
                                                                                   **UNITED STATES MAGISTRATE JUDGE**